NUMBER 13-03-774-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

RIO NATIONAL BANK,                                                      Appellant,

v.

ORLANDO DEANDAR AND ESTELLA DEANDER,                  Appellees.
___________________________________________________________________

On appeal from the 275th District Court of Hidalgo County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Opinion Per Curiam

         Appellant, RIO NATIONAL BANK, perfected an appeal from a judgment entered
by the 275th District Court of Hidalgo County, Texas, in cause number C-894-91-E. 
 After the notice of appeal was filed, the parties filed a joint announcement of
settlement and motion to reverse and render judgment. In the motion, the parties
state that they have agreed to settle this case. As a condition of settlement, the
parties request that this Court reverse or vacate the November 26, 2003 final
judgment and the jury’s findings which support that judgment and render a take-nothing judgment in favor of appellant Rio National Bank.
         The Court, having examined and fully considered the documents on file and the
parties’ joint motion, is of the opinion that the motion should be granted. The joint
motion is granted, and the judgment of the trial court is hereby REVERSED and a take-nothing judgment is RENDERED in favor of appellant Rio National Bank.
   
                                                      PER CURIAM

Opinion delivered and filed this
the 3rd day of June, 2004.